**Order entered September 17, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01072-CR

**JAMES CRAWFORD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th District Court
Kaufman County, Texas
Trial Court Cause No. 30096-422**

## ORDER

Before the Court are appellant's motion for rehearing and appellant's motion requesting a copy of the trial record. Appellant's motion for rehearing is **OVERRULED**. Appellant's motion to request trial records is **GRANTED IN PART**.

We **ORDER** appellant's counsel, J. Daniel Oliphant, to deliver, in paper format, copies of the portions of the clerk's record and reporter's record relevant to the issues raised on appeal which would include the following:

1. The amended indictment;

2. The trial court's charge to the jury;

3. The jury's verdicts;

4. The judgment; and

5. The reporter's record of the entire trial except voir dire.

To reduce the amount of paper and cost involved, counsel may print this material on both sides of each sheet of paper and may print it in a format so that not more than two pages of the record appear on each side of the page. .

We **ORDER** Mr. Oliphant to file with this Court, within **FIFTEEN DAYS** of the date of this order, written verification that he has sent a paper copy of the record to appellant.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to J. Daniel Oliphant, and by first-class mail to James Crawford.

/David Evans/
DAVID EVANS
JUSTICE